UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


PLAN B WELLNESS CENTER, LLC,
ET AL.,

        Plaintiffs,                  No. 18-13433

v.                                 District Judge Sean F. Cox
                                 Magistrate Judge R. Steven Whalen

CITY OF DETROIT BOARD OF
ZONING APPEALS, ET AL.,

        Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on April 30, 2019,

Plaintiff's motion to compel the deposition of Defendant Gabe Leland [Doc. #11] is

DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                              s/R. Steven Whalen
                              R. STEVEN WHALEN
                              UNITED STATES MAGISTRATE JUDGE
Dated: April 30, 2019

---

## CERTIFICATE OF SERVICE

I hereby certify on April 30, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on April 30, 2019.

                              s/Carolyn M. Ciesla
                              Case Manager for the
                              Honorable R. Steven Whalen